UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

    v.

FLETCHER,

                Defendant.

CASE NO. 2:26-cv-00604-RSM-GJL

REPORT AND RECOMMENDATION

Noting Date: March 18, 2026

Plaintiff John Demos, Jr., a state prisoner, has filed an Application for leave to proceed *In Forma Pauperis* ("IFP") and a proposed civil rights Complaint. Dkts. 1; 1-2. As discussed below, the Court finds the proposed Complaint should be **DISMISSED** and the IFP Application should be **DENIED**.

Plaintiff was convicted in 1978 of attempted rape and first-degree burglary and received an indeterminate sentence of 240 months to life in prison. *See State v. Demos*, 94 Wash. 2d 733, 734 (1980). Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington,

REPORT AND RECOMMENDATION - 1

the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993).

Bar orders of this Court provide that Plaintiff may submit only three IFP applications and proposed actions each year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) ["1992 Bar Order"]; *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). The 1992 Bar Order further provides that this Court will not accept for filing a proposed complaint unless it "is accompanied by an affidavit that the claims have not been presented in any other action in any court and that [Plaintiff] can and will produce evidence to support his claims." 1992 Bar Order at 3. Additionally, under 28 U.S.C. § 1915(g), Plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had numerous prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

Plaintiff may not proceed with this action. First, Plaintiff has not included an affidavit that the claims in this case have not been presented in any other action in any court and that Plaintiff can produce evidence to support his claims. *See* Dkt. 1-2. While Plaintiff included an affidavit with the proposed Complaint, the affidavit does not meet the requirements of the 1992 Bar Order. *See id*. at 10.

Second, Plaintiff's proposed Complaint does not contain "a plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted). In the proposed Complaint, Plaintiff appears to bring an action under the First Amendment against a number of Washington Department of Corrections ("DOC") employees, claiming he fears revealing the information he possesses with respect to the disappearance of Nancy Guthrie. Dkt. 1-2 at 3. Plaintiff asserts the

REPORT AND RECOMMENDATION - 2

"Columbian drug cartel" caused Mrs. Guthrie to be kidnapped in retaliation for the United States' strikes on drug boats in the Caribbean Sea. *Id*. at 8. He also claims that the Venezuelan government is responsible for the disappearance of Mrs. Guthrie, acting in retaliation for the capture of former president Nicolas Maduro. *Id*. at 9. Beyond conclusory allegations, Plaintiff does not specify how he has personal knowledge of these events or how the named DOC Defendants are connected to the allegations. Further, Plaintiff does not allege any actions by the named DOC Defendants or anyone else that would lead Plaintiff to believe he faces an ongoing threat of imminent harm.

Finally, prior to filing this lawsuit, Plaintiff filed at least twenty (20) lawsuits this year and the 1992 Bar Order provides that Plaintiff may submit only three IFP applications and proposed actions each year.[1]

Accordingly, the undersigned **RECOMMENDS** Plaintiff's proposed Complaint (Dkt. 1-2) be **DISMISSED**, the IFP Application be **DENIED** (Dkt. 1), and this case be **CLOSED**.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may

[1] *See Demos v. The Government Accountability Office*, 2:26-cv-00235-RAJ-DWC (W.D. Wash. 2026); *Demos v. The Government Accountability Office*, 2:26-cv-00238-RSM (W.D. Wash. 2026); *Demos v. Suny Corporation of America, et al.*, 2:26-cv-00251-JHC-GJL (W.D. Wash. 2026); *Demos v. Cook, et al.*, 2:26-cv-00252-JHC-SKV (W.D. Wash. 2026); *Demos v. Delta Air Lines, Inc.*, 2:26-cv-00254-TL-SKV (W.D. Wash. 2026); *Demos v. Conoco Philips Company, et al.*, 2:26-cv-00256-JHC (W.D. Wash. 2026); *Demos v. U.S. Bancorp, et al.*, 2:26-cv-00258-TMC (W.D. Wash. 2026); *Demos v. Cruise Lines Intl.*, 2:26-cv-00259-JNW-TLF (W.D. Wash. 2026); *Demos v. Seattle Police Department Cruisers*, 2:26-cv-00264-RAJ-TLF (W.D. Wash. 2026); *Demos v. Hilton Worldwide, Inc.*, 2:26-cv-00351-TMC (W.D. Wash. 2026); *Demos v. Export-Import Bank*, 2:26-cv-00356-KKE (W.D. Wash. 2026); *Demos v. DXZ Technology*, 2:26-cv-00359-TMC (W.D. Wash. 2026); *Demos v. Yakima County Superior Court, et al.*, 2:26-cv-00375-LK (W.D. Wash. 2026); *Demos v. United States District Court of Spokane, WA*, 2:26-cv-00380-BHS (W.D. Wash. 2026); *Demos v. Walgreens Boots Alliance, Inc.*, 2:26-cv-00382-TMC (W.D. Wash. 2026); *Demos v. Valero Energy Corp., et al.*, 2:26-cv-00395-BHS (W.D. Wash. 2026); *Demos v. Rubio*, 2:26-00408-JHC-TLF (W.D. Wash. 2026); *Demos v. Embassy of Israel*, 3:26-cv-05104-BJR (W.D. Wash.); *Demos v. Lang, et al.*, 3:26-cv-05151-RSM (W.D. Wash.); *Demos v. Fletcher*, 3:26-cv-05153-RAJ-DWC (W.D. Wash.).

REPORT AND RECOMMENDATION - 3

affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 18, 2026**.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Ricardo S. Martinez.

Dated this 25th day of February, 2026.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 4