UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

     v.

FLETCHER,

                Defendant.

CASE NO. 2:26-cv-00604-RSM-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the R&R.

(2)    Plaintiff's proposed Complaint (Dkt. 1-2) is DISMISSED, Plaintiff's request to proceed *In Forma Pauperis* (Dkt. 1) is DENIED, and this case is CLOSED.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 18th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1